UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRIS KIMBERLY JOSEPH,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>DEPARTMENT OF HOMELAND SECURITY,[1]<br><br>　　　　　　Respondent. | Case No. 5:26-cv-01010-AH (DTB)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been filed herein.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered (a) denying and dismissing the first claim alleged in the Petition with prejudice, and (b) dismissing the second claim alleged in the Petition without prejudice.

Dated: MAY 4, 2026_____　　　　_____

　　　　　　　　　　　　　　　ANNE HWANG
　　　　　　　　　　　　　　　United States District Judge

1

1.

As Respondent asserts (see Docket No. 8 at 7), the Department of Homeland Security is an improperly named respondent.  J.J. Johnson, the Warden at Adelanto ICE Processing Center, where Petitioner is detained (Docket No. 1 at 1; Docket No. 12 at 1), is the proper respondent.  See Rumsfeld v. Padilla, 542 U.S. 426, 432-42 (2004); Doe v. Garland, 109 F.4th 1188, 1197 (9th Cir. 2024); Kisel v. Department of Homeland Security, Case No. 5:25-cv-01762-KK-E, 2025 WL 2845919, at *1 (C.D. Cal. Oct. 6, 2025).