JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

CHRIS KIMBERLY JOSEPH,

              Petitioner,

              v.

DEPARTMENT OF HOMELAND SECURITY,[1]

              Respondent.

Case No. 5:26-cv-01010-AH (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the first claim alleged in the Petition is denied and dismissed with prejudice, and the second claim alleged in the Petition is dismissed without prejudice.

Dated: MAY 4, 2026_____

ANNE HWANG
United States District Judge

---

1.

    As Respondent asserts (see Docket No. 8 at 7), the Department of Homeland Security is an improperly named respondent.  J.J. Johnson, the Warden at Adelanto ICE Processing Center, where Petitioner is detained (Docket No. 1 at 1; Docket No. 12 at 1), is the proper respondent.  See Rumsfeld v. Padilla, 542 U.S. 426, 432-42 (2004); Doe v. Garland, 109 F.4th 1188, 1197 (9th Cir. 2024); Kisel v. Department of Homeland Security, Case No. 5:25-cv-01762-KK-E, 2025 WL 2845919, at *1 (C.D. Cal. Oct. 6, 2025).

1